UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60536-CIV-ZLOCH

LIONAL DALTON,

       Plaintiff,

vs.                                    **FINAL ORDER OF DISMISSAL**

A-1940, LLC, and SARA USA
ENTERPRISE, INC.,

       Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiff's Notice Of Voluntary Dismissal With Prejudice(DE 7). The Court has carefully reviewed said Notice, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff's Notice Of Voluntary Dismissal With Prejudice(DE 7) be and the same is hereby approved, adopted, and ratified by the Court; and

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of April, 2016.

                                     WILLIAM J. ZLOCH
                                     United States District Judge

Copies furnished:
All Counsel of Record